UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE MARIE TIETZ,

     Plaintiff,

                            Case No. 1:25-cv-1279

v.

                            HONORABLE PAUL L. MALONEY

MARCIA R. MEOLI,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff initiated this lawsuit by filing a complaint on October 22, 2025.  On October 29, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed pursuant to 28 U.S.C. § 636(b)(1)(B).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.


Dated:  December 4, 2025                      /s/ Paul L. Maloney_____
                                         Paul L. Maloney
                                         United States District Judge