UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NICOLE MARIE TIETZ,

    Plaintiff,

v.

                                            Case No. 1:25-cv-1279

MARCIA R. MEOLI,                          HONORABLE PAUL L. MALONEY

    Defendant.
_____/

## JUDGMENT

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated: December 4, 2025                            /s/ Paul L. Maloney
                                                                                    Paul L. Maloney
                                                                                    United States District Judge